IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br><br>vs<br><br>**1) CARLOS VERDEJO-FUENTES**<br>a/k/a Alex (Count 2)<br>2) ARNALDO MATEO-GARCIA<br>a/k/a Nardo (Counts 1 & 2)<br>3) ENRIQUE MIRANDA-RODRIGUEZ<br>(Counts 1 & 2)<br>Defendants | CRIMINAL 06-0084CCC |

**O R D E R**

Having considered the sealed Report and Recommendation filed on April 2, 2007 **(docket entry 103)** on a Rule 11 proceeding of co-defendant Carlos Verdejo-Fuentes held before Magistrate Judge Marcos E. López on March 6, 2007, to which no opposition has been filed, the same is APPROVED. Accordingly, the plea of guilty of co-defendant Carlos Verdejo-Fuentes is accepted. The Court FINDS that his plea was voluntary and intelligently entered with awareness of his rights and the consequences of pleading guilty and contain all elements of the offense charged in the indictment.

This case was referred to the U.S. Probation Office for preparation of a Presentence Investigation Report since March 6, 2006. The **sentencing hearing is set for July 11, 2007 at 4:15 PM.**

SO ORDERED.

At San Juan, Puerto Rico, on April 9, 2007.

S/CARMEN CONSUELO CEREZO
United States District Judge